**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-2275**

———————

ANNA ADKINS,

Plalintiff - Appellant,

versus

UNITED STATES OF AMERICA, through its agency
The Department of the Army, Huntington Dis-
trict Corps of Engineers; JOHN DOE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley,
District Judge. (CA-94-94-1)

———————

Argued: March 8, 1996                    Decided: March 26, 1996

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and WILLIAMS, Senior
United States District Judge, Eastern District of Virginia, sitting
by designation.

———————

Affirmed by unpublished per curiam opinion.

———————

**ARGUED:** Timothy Paul Armstead, CAREY, HILL & SCOTT, Charleston,
West Virginia, for Appellant. Helen Campbell Altmeyer, Assistant
United States Attorney, Wheeling, West Virginia, for Appellees. **ON
BRIEF:** Michael W. Carey, CAREY, HILL & SCOTT, Charleston, West
Virginia; R. Edison Hill, HILL, PETERSON, CARPER, BEE & DEITZLER,
Charleston, West Virginia, for Appellant. William D. Wilmoth,
United States Attorney, Wheeling, West Virginia, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

This case is an appeal from summary judgment in favor of the defendant-appellee. The district court held that West Virginia's recreational use statute, W.Va. Code Ann. § 19-25-2 (1993), in conjunction with the Federal Tort Claims Act, 28 U.S.C. § 2671 <u>et seq.</u>, shields the United States from liability under the facts of the case. For the reasons stated by the district court, the judgment is in all respects affirmed.

<u>AFFIRMED</u>